**Motion to Reinstate Granted; Motion to Dismiss Granted; Dismissed and Memorandum Opinion filed October 8, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00280-CV

---

## VINCENT JAMES CABELLA, THOMAS EMERSON JONES, AND TBJNO INVESTMENTS, LLC, Appellants

### V.

### 5826 INTERESTS, LTD, Appellee

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-48373**

---

### MEMORANDUM OPINION

Appellant Vincent James Cabella petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 24-31526. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on May 2, 2024, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On September 27, 2024, appellants filed an unopposed motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay for purposes of this appeal. Also on September 27, 2024, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We grant both motions.

Accordingly, we reinstate and dismiss the appeal.


PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan